UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CODY BARNETT, et al.,

    *Plaintiffs/Petitioners,*            Case No. 0:20-cv-61113-WPD

    v.

GREGORY TONY,

    *Defendant/Respondent.*

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiffs' Motion for Temporary Restraining Order is GRANTED.

1.      It is ORDERED that members of the Medically Vulnerable and Disability Subclasses shall be enlarged through the following mechanism:

    a.      Within 24 hours of this order, Defendant shall provide the Court with a list of all members of the Medically Vulnerable and Disability Subclasses,[1] including each individual's (i) age, (ii) medical history, and (iii) criminal history.

---

[1] The "Medically Vulnerable" Subclasses are defined as all current and future detainees age 50 and above, as well as all current and future persons detainees of any age with impaired immunity, including chronic diseases and health conditions such as (a) lung disease, (b) heart disease, (c) chronic liver or kidney disease (including hepatitis and dialysis patients), (d) diabetes, (e) hypertension, (f) compromised immune systems (such as from cancer, HIV, or autoimmune disease), (g) blood disorders (including sickle cell disease), (h) developmental disability, (i) severe mental illness, (j) severe obesity, and/or (k) moderate to severe asthma.

The "Disability" Subclasses are defined as all current and future detainees with a disability that substantially limits one or more of their major life activities and who are at an increased risk being severely ill and/or dying from COVID-19 due to their disability or any medical treatment necessary to treat their disability. The Disability Subclasses include everyone in the Medically Vulnerable subclasses except those who are medically vulnerable solely because of age or obesity. All other members of the Medically Vulnerable Subclasses are also members of the Disability Subclasses and are protected by the Constitution as well as disability rights laws.

      b.      Within five days of the Court's order, Defendant shall provide any objections to the release of any individual member of the Medically Vulnerable and Disability Subclasses.

      c.      Within one week of the Court's order, any member of the Medically Vulnerable and Disability Subclasses against whom a good faith objection has not been tendered shall be released into home confinement, without monetary bond, until further order of the Court.

      d.      The Court shall establish procedures for expedited hearings at which Defendant shall show cause for why specific members of the Medically Vulnerable Class and Disability Subclasses should continue to be detained at the Broward County Jail.

2.    It is further ORDERED that, pursuant to Federal Rule of Evidence 706, the Court appoints _____ to prepare and submit to the Court by _____, 2020, a plan that outlines:

      a.      housing and/or public support plan for any Class or Subclass Members due to be released whose testing confirms have been exposed to or infected with COVID-19 and who do not readily have a place to self-isolate for the CDC-recommended period of time (currently 14 days).

      b.      A COVID-19 housing plan that maximizes the use of all potential space to house prisoners (including currently unused space or facilities that can be repurposed for this purpose) to be implemented at the Broward County Jail and such other spaces or facilities that may be identified elsewhere.

3.    It is further ORDERED that Defendant must:

a. Regularly and systematically educate class members, in a manner adequate for class members with low literacy or for whom English is not their primary language, of (i) all symptoms of COVID-19 infection, (ii) techniques for preventing transmission of COVID-19, including social distancing and proper use of masks, cleaning and hygiene procedures and supplies, and (iii) jail policies and procedure concerning the prevention of COVID-19 transmission.

b. Conduct temperature checks, and full verbal screening for COVID-19 symptoms or prior contact with infected individuals, of everyone booked or transferred into the Broward County Jail upon their entry or re-entry.

c. Cohort all new entrants into the Broward County Jail for a minimum period of 14 days in accordance with CDC guidelines, and monitor them for possible COVID-19 infection by conducting twice daily symptom screening and temperature checks.

d. Adopt all reasonable measures to enable social distancing of six feet or more between detainees at all times, including by: (i) housing detainees in existing unused cells, units and other facilities to the greatest extent practicable, prioritizing single-person cells for members of the Medically Vulnerable and Disability Subclasses, and detainees who display symptoms of COVID-19 infection; and (ii) laying out tape markers at six-feet increments in areas where persons are required to line up or congregate for medications, security searches of cells and housing units, recreation and food service.

e. House members of the Medically Vulnerable and Disability Subclasses in individual cells in separate housing units, and not in cells or on tiers with other detainees, including those who have tested positive or are symptomatic.

f. House symptomatic persons in individual cells in separate housing units, and not in cells or on tiers with other non-positive or symptomatic persons.

g. Provide class members with (i) new single-use masks on a daily basis, or (ii) reusable cloth masks and sufficient supplies to allow those cloth masks to be properly sanitized daily.

h. Provide ready access to and free-of-charge cleaning, disinfecting and hygiene equipment and supplies (including, liquid soap, disinfectant, paper towels, and hand sanitizer with at least 60 percent alcohol).

i. Require all staff to wash and dry their hands with soap and water and paper towels, or that they use hand sanitizer containing at least 60% alcohol frequently, or instead, wear gloves and change them both before and after making physical contact with anyone.

j. Provide staff with face masks and other personal protective equipment and supplies appropriate to their duties in the Jail as recommended by CDC Guidelines, including N95 masks, gloves and coveralls for those working in units with detainees who have tested positive or who are symptomatic.

k. Offer universal COVID-19 testing of all class members and Jail staff, and immediate testing of any individual displaying COVID-19 symptoms,

prioritizing members of the Medically Vulnerable and Disability Subclasses, new entrants into the Broward County Jail, anyone who reports or is otherwise identified as having symptoms of COVID-19 infection, and any class member ordered released, before their release.

l. Conduct twice daily full symptom screening, temperature checks and pulse-oxygenation testing for all members of the Medically Vulnerable and Disability Subclasses, if any of them are not released, and if they are not, conduct symptom screening and temperature checks during their healthcare appointments.

m. Conduct contact tracing in accordance with CDC guidelines to identify anyone who came into contact with someone who tests positive or is symptomatic.

n. Have trained personnel clean common areas including day rooms, dining areas and shower rooms shared by detainees at least once every 4 hours during morning and afternoon shifts, from 7 a.m. to 11 p.m., and wipe down with disinfectant, any shared equipment in those common areas, including phones, kiosks, and video visitation modules, every time they are used.

o. Suspend and waive all co-pays and charges for medical/sick calls, grievances, or other requests to see a healthcare provider, as well as any medical treatment during the COVID-19 pandemic.

p. Ensure that everyone who is infected with COVID-19, or who is exposed to infected persons, is monitored for infection and receives adequate

        medical care, and where appropriate, medically isolated in accordance with CDC guidelines, including access to showers, recreation, mental health services, reading materials, phone and video visitation, communications with counsel, and personal property.

4. It is further ORDERED that a hearing on Plaintiffs' motion for a preliminary injunction is set for _____, 2020.

This Temporary Restraining Order is valid for a limited period of 14 days or until further order of this Court, and the Court's ruling is subject to change based on a more fully developed record at preliminary injunction proceedings.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_ day of _____ 2020.

_____

United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CODY BARNETT, et al.,

    *Plaintiffs/Petitioners,*   Case No. 0:20-cv-61113-WPD

v.

GREGORY TONY,

    *Defendant/Respondent.*

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

For the reasons explained in the attached opinion, the Court finds that the preliminary injunctive relief requested by Plaintiffs is narrowly drawn, extends no further than necessary to correct the harm this Court finds requires preliminary relief, and is the least intrusive means necessary to correct the harm. 18 U.S.C. § 3626(a)(2). Further, this Court has reached its conclusion after giving substantial weight to any possible adverse impact on public safety and the operation of the criminal legal system that could possibly be caused by preliminary relief. *Id.* And the preliminary injunctive relief accords with comity principles embodied in 18 U.S.C. § 3626(a)(1)(B).

Plaintiffs' Motion for a preliminary injunction is GRANTED.

5. It is ORDERED that members of the Medically Vulnerable and Disability Subclasses shall be enlarged through the following mechanism:

    a. Within 24 hours of this order, Defendant shall provide the Court with a list of all members of the Medically Vulnerable and Disability Subclasses,[2]

---

[2] The "Medically Vulnerable" Subclasses are defined as all current and future detainees age 50 and above, as well as all current and future persons detainees of any age with impaired immunity, including chronic diseases and health conditions such as (a) lung disease, (b) heart

        including each individual's (i) age, (ii) medical history, and (iii) criminal history.

    b. Within five days of the Court's order, Defendant shall provide any objections to the release of any individual member of the Medically Vulnerable and Disability Subclasses.

    c. Within one week of the Court's order, any member of the Medically Vulnerable and Disability Subclasses against whom a good faith objection has not been tendered shall be released into home confinement, without monetary bond, until further order of the Court.

    d. The Court shall establish procedures for expedited hearings at which Defendant shall show cause for why specific members of the Medically Vulnerable Class and Disability Subclasses should continue to be detained at the Broward County Jail.

6. It is further ORDERED that, pursuant to Federal Rule of Evidence 706, the Court appoints _____ to prepare and submit to the Court by _____, 2020, a plan that outlines:

---

disease, (c) chronic liver or kidney disease (including hepatitis and dialysis patients), (d) diabetes, (e) hypertension, (f) compromised immune systems (such as from cancer, HIV, or autoimmune disease), (g) blood disorders (including sickle cell disease), (h) developmental disability, (i) severe mental illness, (j) severe obesity, and/or (k) moderate to severe asthma.

The "Disability" Subclasses are defined as all current and future detainees with a disability that substantially limits one or more of their major life activities and who are at an increased risk being severely ill and/or dying from COVID-19 due to their disability or any medical treatment necessary to treat their disability. The Disability Subclasses include everyone in the Medically Vulnerable subclasses except those who are medically vulnerable solely because of age or obesity. All other members of the Medically Vulnerable Subclasses are also members of the Disability Subclasses and are protected by the Constitution as well as disability rights laws.

      a.    housing and/or public support plan for any Class or Subclass Members due to be released whose testing confirms have been exposed to or infected with COVID-19 and who do not readily have a place to self-isolate for the CDC-recommended period of time (currently 14 days).

      b.    A COVID-19 housing plan that maximizes the use of all potential space to house prisoners (including currently unused space or facilities that can be repurposed for this purpose) to be implemented at the Broward County Jail and such other spaces or facilities that may be identified elsewhere.

7.    It is further ORDERED that Defendant must:

      a.    Regularly and systematically educate class members, in a manner adequate for class members with low literacy or for whom English is not their primary language, of (i) all symptoms of COVID-19 infection, (ii) techniques for preventing transmission of COVID-19, including social distancing and proper use of masks, cleaning and hygiene procedures and supplies, and (iii) jail policies and procedure concerning the prevention of COVID-19 transmission.

      b.    Conduct temperature checks, and full verbal screening for COVID-19 symptoms or prior contact with infected individuals, of everyone booked or transferred into the Broward County Jail upon their entry or re-entry.

      c.    Cohort all new entrants into the Broward County Jail for a minimum period of 14 days in accordance with CDC guidelines, and monitor them for possible COVID-19 infection by conducting twice daily symptom screening and temperature checks.

    d.    Adopt all reasonable measures to enable social distancing of six feet or more between detainees at all times, including by: (i) housing detainees in existing unused cells, units and other facilities to the greatest extent practicable, prioritizing single-person cells for members of the Medically Vulnerable and Disability Subclasses, and detainees who display symptoms of COVID-19 infection; and (ii) laying out tape markers at six-feet increments in areas where persons are required to line up or congregate for medications, security searches of cells and housing units, recreation and food service.

    e.    House members of the Medically Vulnerable and Disability Subclasses in individual cells in separate housing units, and not in cells or on tiers with other detainees, including those who have tested positive or are symptomatic.

    f.    House symptomatic persons in individual cells in separate housing units, and not in cells or on tiers with other non-positive or symptomatic persons.

    g.    Provide class members with (i) new single-use masks on a daily basis, or (ii) reusable cloth masks and sufficient supplies to allow those cloth masks to be properly sanitized daily.

    h.    Provide ready access to and free-of-charge cleaning, disinfecting and hygiene equipment and supplies (including, liquid soap, disinfectant, paper towels, and hand sanitizer with at least 60 percent alcohol).

i. Require all staff to wash and dry their hands with soap and water and paper towels, or that they use hand sanitizer containing at least 60% alcohol frequently, or instead, wear gloves and change them both before and after making physical contact with anyone.

j. Provide staff with face masks and other personal protective equipment and supplies appropriate to their duties in the Jail as recommended by CDC Guidelines, including N95 masks, gloves and coveralls for those working in units with detainees who have tested positive or who are symptomatic.

k. Offer universal COVID-19 testing of all class members and Jail staff, and immediate testing of any individual displaying COVID-19 symptoms, prioritizing members of the Medically Vulnerable and Disability Subclasses, new entrants into the Broward County Jail, anyone who reports or is otherwise identified as having symptoms of COVID-19 infection, and any class member ordered released, before their release.

l. Conduct twice daily full symptom screening, temperature checks and pulse-oxygenation testing for all members of the Medically Vulnerable and Disability Subclasses, if any of them are not released, and if they are not, conduct symptom screening and temperature checks during their healthcare appointments.

m. Conduct contact tracing in accordance with CDC guidelines to identify anyone who came into contact with someone who tests positive or is symptomatic.

   n.  Have trained personnel clean common areas including day rooms, dining areas and shower rooms shared by detainees at least once every 4 hours during morning and afternoon shifts, from 7 a.m. to 11 p.m., and wipe down with disinfectant, any shared equipment in those common areas, including phones, kiosks, and video visitation modules, every time they are used.

   o.  Suspend and waive all co-pays and charges for medical/sick calls, grievances, or other requests to see a healthcare provider, as well as any medical treatment during the COVID-19 pandemic.

   p.  Ensure that everyone who is infected with COVID-19, or who is exposed to infected persons, is monitored for infection and receives adequate medical care, and where appropriate, medically isolated in accordance with CDC guidelines, including access to showers, recreation, mental health services, reading materials, phone and video visitation, communications with counsel, and personal property.

 This Preliminary Injunction shall automatically expire 90 days from its entry, on _____, 2020. 18 U.S.C. § 3626(a)(2). Therefore, Defendants must show cause why the preliminary injunction should not be converted into a permanent injunction at least seven days before the preliminary injunction expires, or _____, 2020. No extensions of time will be given.

 The Court further sets a hearing for _____ \_\_\_, 2020 at _____ to consider whether this Order has remedied the ongoing violations of the Plaintiffs' and the purported class's Eighth and Fourteenth Amendment rights. *See* 18 U.S.C. § 3626(a)(3)(A). If this Order

has failed to remedy the deprivation of these federal rights, the Court shall compose a three-judge court to consider whether a prison release order shall be entered. *See* 18 U.S.C. § 3626(a)(3)(A); 28 U.S.C. § 2284.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_ day of \_\_\_\_\_ 2020.

_____
United States District Judge