FILED BY _____ D.C.
MAR 31 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

TO WHOM IT MAY CONCERN,

MY NAME IS LEROY SEYMOUR JR #501901407 AN INMATE CURRENTLY INCARCERATED IN THE NORTH BROWARD BUREAU JAIL, HOUSING UNIT 11C-4. I AM WRITING TO EXPRESS MY CONCERNS IN REGARDS TO THE SETTLEMENT AGREEMENT BETWEEN BARNETT V. TONY CASE NO. 0:20-CV-61113-WPD. THE CONCERNS I WOULD LIKE TO ADRESS ARE IN ORDER AS THEY ARE LISTED IN THE AGREEMENT. ALSO I WOULD LIKE TO INCLUDE OTHER CONCERNS THAT NEED TO BE ADDRESSED.

- HOUSING & SOCIAL DISTANCING

35. INMATES ARE BEING HOUSED IN CELLS WITH OTHER PRISONERS WHO ARE EITHER PENDING COVID-19 RESULTS OR THEIR STATUS IS UNKNOWN, SO ARE SYMPTOMATIC INMATES. I WAS ONE OF THEM.

36. UNITS AND PODS ARE TO CAPACITY. THE UNITS IN THIS POD HOLD A MAXIUM OF 35 INMATES, 3 OF THE 5 HAVE 30. (1) ONE UNIT HOLDS 17 THEY HAVE 19 INCLUDING ONE PERSON ON A BOAT.

37. THERE ARE NO LAYOUT TAPE MARKERS IN (6) SIX FOOT INCREMENTS.

38. HOUSING IN MEDICAL ISOLATION IS BEING DONE BEFORE TESTING OR WHILE TESTING IS PENDING. (I HAVE GRIEVANCES TO BACK UP TO CLAIM)

42. THERE HAS BEEN NO COURT APPEARANCES IN PERSON IN OVER 11 MONTHS. ONLY ZOOM.

- SCREENING, TESTING & CONTACT TRACING

44. TESTING NEEDS TO BE EXPANDED TO ALL INMATES AND STAFF, REGARDLESS OF AGE OR SYMPTOMS, AS I HAD COVID-19 WITH NO SYMPTOMS.

46. NO SYMPTOM OR SCREENING IN MEDICAL ISOLATION OR QUARANTINE, ONLY TEMPERATURE CHECKS & PULSE-OXYGENATION TESTING.

50. MEDICALLY VULNERABLE & INFECTED INDIVIDUALS ARE PLACED TOGETHER IN CONFINEMENT

- PPE, CLEANING & DISINFECTED PROCEDURES

52. ONLY (1) ONE SURGICAL MASK IS GIVEN, THE RECYCLABLE KIND, WHICH WE KEEP FOR A WEEK OR MORE.

53. THERE IS NO INSTRUCTION GIVEN ABOUT PROPER USE FACE COVERING, DONNING OR DOFFING

54. SHOWERS ARE CLEANED ONLY ONCE DAILY IN THE MORNING AND IT'S VOLUNTARY.

-ADDITIONAL CONCERNS

-LAW LIBRARY SYSTEM NEEDS TO BE CHANGED OR NEW IMPLEMENTATIONS NEED TO BE DONE.

-TOOTH BRUSHES ARE INEFFECTIVE FOR DENTAL HYGIENE.

-DENTAL SERVICES HAVE BEEN POSTPONED.

I DONT AGREE WITH THE SETTLEMENT AS THESE THINGS HAVE NOT BEEN DONE.

Leroy M. Seymour Jr 501901407
NORTH BROWARD BUREAU 11-C4
P.O. BOX 407037
FT. LAUDERDALE, FL 33340

LEROY SEYMOUR JR 501901407 11-C4
P.O. BOX 407037 NBB
Ft. LAUDERDALE, Fl 33340

This letter originates from
Broward County Jail Facility.
Inmate mail is uncensored and
the Sheriff cannot assume
responsibility for its contents.

MIAMI FL 330
29 MAR 2021 PM 5   FOREVER USA
Barn Swallow

LEGAL MAIL OPEN
IN INMATES PRESENCE

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
299 EAST BROWARD BLVD ROOM 205
Ft. LAUDERDALE, FL 33301

LEGAL MAIL
IN INMATES PR

33301-192233