UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61113-CIV-DIMITROULEAS

CODY BARNETT, et al,

　　　Plaintiffs,

vs.

GREGORY TONY,

　　　Defendant.

_____/

**ORDER ON REQUEST TO PRESENT ORAL ARGUMENT ON OBJECTION AT
CLASS SETTLEMENT FAIRNESS HEARING**

THIS CAUSE is before the Court on the Class Member Darrell L. Grace's Objection to the Class Settlement (the "Objection") and request to present oral argument on his objection at the May 10, 2021 fairness hearing in this matter [DE 86] (the "Request") The Court has carefully considered the Motions and is otherwise fully advised in the premises.

In his Objection and Request Class Member Grace did not articulate a reason why he would need to present his objection orally in open court in addition to its written form. The Court will deny Class Member Grace's request to appear at the May 10, 2021 fairness hearing but will consider his written objection and other timely objections the Court has received at the May 10, 2021 fairness hearing.

It is hereby **ORDERED and ADJUDGED** that the Request to appear, contained within the Objection [DE 86], is **DENIED**.

The Clerk is **DIRECTED** to mail a copy of this Order to the class member at the address below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 27th day of April, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record

Darrell L. Grace, #131701106
Broward County Main Jail
P.O. Box 9356
Fort Lauderdale, Florida 33310