UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   0:20-cv-61113

CODY BARNETT, WILLIAM BENNET,
CHRISTOPHER BROWN, JESSE
CALLINS, GREGORY DUNNING,
BERNARD FRANKLIN, RICARDO
GONZALES GUERRA, HEATHER LEWIS,
ROBERT MORRILL, SAMUEL PAULK,
HELEN PICIACCHI, DARIUS WALKER
GREAVES and TODD WATSON, *on their
own and on behalf of a class of similarly
situated persons,*

                Plaintiffs/Petitioners,

DISABILITY RIGHTS FLORIDA, INC.,

                Plaintiff,

v.

GREGORY TONY, *in his official capacity as
Sheriff of Broward County*,

                Defendant/Respondent.
_____/

## SHERIFF'S VOLUNTARY REPORT OF INFORMATION/UPDATE ADDRESSING VACCINATION OF INMATES

COMES NOW the BROWARD SHERIFF'S OFFICE, named in this proceeding as "GREGORY TONY, in his official capacity as Sheriff of Broward County" (BSO), by and through BSO's undersigned counsel, and as a respectful courtesy to this Court following the Monday, May 10, 2021, hearing at which the Court ordered final approval of the class action settlement agreement states:

1

## Background

The COVID-19 pandemic spawned this litigation involving BSO's jail facilities. On Monday, May 10, 2021, this Court held a hearing on Plaintiffs' motion for approval of class settlement and certification of settlement class (DE 103). BSO agreed to the approval sought. (DE 107). After substantial analysis of "objections" filed by BSO Jail inmates and other matters raised by the settlement agreement itself, this Court approved the settlement.

While discussing the terms of the settlement with the parties, this Court inquired about vaccinating the jail inmate population.[1]  The undersigned counsel for BSO responded that:

(1)    BSO is dependent upon Broward County's Department of Health (Broward DOH) for both its supply of vaccine and the frequency of that supply;

(2)    When BSO receives vaccine from Broward DOH, BSO immediately makes the vaccine available to the inmate population;

(3)    The undersigned's understanding was that more than 500 inmates had received a COVID-19 vaccination from BSO and that BSO's inmate vaccination effort continues in earnest, subject only to DOH's supply limitation; and

(5)    BSO is engaged in active discussions with Broward DOH to obtain both more vaccine and a more regular supply of it (addressing this Court's expressed aspiration

---

1 The parties negotiated the settlement agreement over the course of several months in 2020 and reached a full agreement on November 24, 2020.   (DE 105 at Exhibit 1).   The settlement agreement did not address or even contemplate inmate vaccination because at that time, there was no COVID-19 vaccine available in the United States. The United States Food and Drug Administration issued an "Emergency Use Authorization" for the "Pfizer vaccine" on December 11, 2020 (https://www.fda.gov/emergency-preparedness-and-response/coronavirus-disease-2019-covid-19/pfizer-biontech-covid-19-vaccine); the "Moderna vaccine" on December 18, 2020 (https://www.fda.gov/news-events/press-announcements/fda-takes-additional-action-fight-against-covid-19-issuing-emergency-use-authorization-second-covid); and the "Johnson & Johnson vaccine" on February 27, 2021 (https://www.fda.gov/emergency-preparedness-and-response/coronavirus-disease-2019-covid-19/janssen-covid-19-vaccine).

that BSO use whatever persuasive influence it has to obtain "surplus vaccine" reportedly prevalent throughout the country).

**Updated information on BSO inmate mass vaccination initiative**

Following the Monday, May 10, 2021 hearing, the undersigned made additional inquiry regarding the inmate vaccination effort.   The following is an up-to-date summary of BSO's effort:

(1)    As of last week, BSO had vaccinated approximately 450 inmates, with another 200 vaccinations estimated for this week;

(2)    BSO is actively seeking additional vaccine supply and vaccination assistance to fulfill its initiative of mass vaccination of its inmate population;

(3)    BSO has consulted with both Broward DOH and the State of Florida Task Force for Region 7. BSO has determined that the state task force offers the most effective resources to address BSO's inmate population and operational needs in administering the vaccine. BSO is in the process of requesting the assignment of a state task force team to complete the vaccination initiative;

(4)    The administrative procedure to obtain a task force vaccination team requires an initial formal request to the Broward Emergency Operations Center (EOC). Broward EOC reviews the request and sends it to Tallahassee for a final decision. Once approved, BSO will be assigned a task force team of ten (10) nurses and support staff and BSO will coordinate an operation plan with that team to mass vaccinate BSO's inmate population;

(5)     BSO's jail health care services vendor, Wellpath, presently is administering the Johnson & Johnson (single dose) vaccine. The state task force team also will be administering the Johnson & Johnson vaccine; and

(6)     Once the task force team is involved, BSO anticipates an initial request of 750 doses of vaccine to meet the estimated inmate demand. With the involvement of the task force team and its cooperative effort with Broward DOH, BSO anticipates no issue in obtaining the requested vaccine and any additional vaccine necessary to complete the mass vaccination initiative.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **12th** day of May 2021, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

JOHNSON, ANSELMO, MURDOCH, BURKE,
PIPER & HOCHMAN, P.A.
***Attorneys for Defendant, Gregory Tony***
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Tel: (954) 463-0100
Fax: (954) 463-2444

*/s/Michael R. Piper*
Michael R. Piper
Florida Bar No.: 710105

**SERVICE LIST**

**Benjamin James Stevenson, Esq.**
ACLU Foundation of Florida
**Attorneys for Plaintiffs/Petitioners**
3 W. Garden Street, Suite 712
Pensacola, FL 32502
Bar No.: 598909
Tel: (786) 363-2738
bstevenson@aclufl.org

**Anjana Samanat, Esq.** *(pro hac vice* pending)
**Steven Watt, Esq.** *(pro hac vice* pending)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
120 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500
asamant@aclu.org
swatt@aclu.org

**Brian Stull, Esq.** *(pro hac vice* pending)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
201 W. Main Street, Suite 402
Durham, NC 27701
Tel: (919) 682-9469
bstull@aclu.org

**Eric Balaban, Esq.** *(pro hac vice* pending)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, N.W.
Washington, D.C. 20005
Tel: (202) 393-4930
ebalaban@aclu.org

**Suhana S. Han, Esq.** *(pro hac vice* pending)
**Akash M. Toprani, Esq.** *(pro hac vice* pending)
SULLIVAN & COMPWELL, LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
hans@sullcrom.com
toprania@sullcrom.com

**James H. Congdon, Esq.** (*pro hac vice* pending)
SULLIVAN & COMPWELL, LLP
1700 New York Ave NW
Washington, D.C. 20006
Tel: (202) 956-7500
congdonj@sullcrom.com
<mark>**Order of Counsel Withdrawal: 1/2/2021**</mark>

**Jacqueline Nicole Azis, Esq.**
ACLU Foundation of Florida
4023 N. Armenia Ave, Suite 450
Tampa, FL 33607
Bar No.: 101057
Tel: (786) 363-2708
jazis@aclufl.org

**Daniel Tilley, Esq.**
ACLU Foundation of Florida
4343 W. Flagler Street, Suite 400
Miami, FL 33134
Bar No.: 102882
Tel: (786) 363-2714
dtilley@aclufl.org

**Curtis Filaroski, Esq.**
Florida Bar No.: 111972
**Kathryn Strobach, Esq.**
Florida Bar No.: 670121
DISABILITY RIGHTS FLORIDA, INC.
1000 N. Ashley Drive, Suite 640
Tampa, FL 32308
Tel: (850) 488-9071
curtisf@disabilityrightsflorida.org
kathryns@disabilityrightsflorida.org

---

**Michael R. Piper, Esq.**
**Christopher J. Stearns, Esq.**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
**Attorneys for Gregory Tony, as Sheriff of Broward County**
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Tel: (954) 463-0100
Fax: (954) 463-2444
piper@jambg.com / stearns@jambg.com