UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   0:20-cv-61113

CODY BARNETT, WILLIAM BENNET,
CHRISTOPHER BROWN, JESSE
CALLINS, GREGORY DUNNING,
BERNARD FRANKLIN, RICARDO
GONZALES GUERRA, HEATHER LEWIS,
ROBERT MORRILL, SAMUEL PAULK,
HELEN PICIACCHI, DARIUS WALKER
GREAVES and TODD WATSON, *on their
own and on behalf of a class of similarly
situated persons*,

        Plaintiffs/Petitioners,

DISABILITY RIGHTS FLORIDA, INC.,

        Plaintiff,

v.

GREGORY TONY, *in his official capacity as
Sheriff of Broward County*,

        Defendant/Respondent.
_____/

### SHERIFF'S SUPPLEMENTAL VOLUNTARY REPORT OF INFORMATION/UPDATE ADDRESSING VACCINATION OF INMATES

COMES NOW the BROWARD SHERIFF'S OFFICE, named in this proceeding as "GREGORY TONY, in his official capacity as Sheriff of Broward County" (BSO), by and through BSO's undersigned counsel, and supplements its initial voluntary report of information/update addressing vaccination of inmates (DE 109) and states:

1

**Updated information on BSO inmate mass vaccination initiative**

Since BSO's filing yesterday (DE 109), BSO has made significant additional strides in its inmate mass vaccination initiative, to-wit:

(1) Yesterday, Tuesday, May 11, 2021, BSO contacted the State of Florida Emergency Operations Team (EOT) for Region 7. At BSO's request, that team is going to provide mass vaccinations for BSO's entire inmate population;

(2) A vaccination team consists of 10 to 13 nurses. The team will complete the vaccination paperwork, administer the vaccine dosage, enter the vaccination information in Florida SHOTS, and observe the vaccinated inmates during the 10 to 15 minute post-vaccination evaluation period;

(3) The vaccination team will administer the Johnson & Johnson (single dose) vaccine.

(4) An estimated 20% of the total inmate jail population not already vaccinated is anticipated to accept the vaccine. Should acceptance numbers exceed that estimate, additional vaccine doses are readily available and deliverable to the vaccination team within an hour;

(5) BSO's mass vaccination initiative will be completed from Monday, May 17 through May 21, 2021. EOT has offered four (4) vaccination teams to complete the mass vaccination effort at all BSO jail facilities on a single day or at a single facility each day. BSO currently is assessing the options from a jail operational perspective; and

(6)     BSO will require that a Wellpath[1] employee complete vaccination refusal forms for all inmates declining the vaccine.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **12th** day of May 2021, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

>JOHNSON, ANSELMO, MURDOCH, BURKE,
>PIPER & HOCHMAN, P.A.
>***Attorneys for Defendant, Gregory Tony***
>2455 East Sunrise Boulevard, Suite 1000
>Fort Lauderdale, Florida 33304
>Tel: (954) 463-0100
>Fax: (954) 463-2444
>
>*/s/Michael R. Piper*
>Michael R. Piper
>Florida Bar No.: 710105

---

[1] BSO's jail healthcare services vendor.

## **SERVICE LIST**

**Benjamin James Stevenson, Esq.**
ACLU Foundation of Florida
**Attorneys for Plaintiffs/Petitioners**
3 W. Garden Street, Suite 712
Pensacola, FL 32502
Bar No.: 598909
Tel: (786) 363-2738
bstevenson@aclufl.org

**Anjana Samanat, Esq.**
**Steven Watt, Esq.**
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
120 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500
asamant@aclu.org
swatt@aclu.org

**Brian Stull, Esq.**
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
201 W. Main Street, Suite 402
Durham, NC 27701
Tel: (919) 682-9469
bstull@aclu.org

**Eric Balaban, Esq.**
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, N.W.
Washington, D.C. 20005
Tel: (202) 393-4930
ebalaban@aclu.org

**Suhana S. Han, Esq.**
**Akash M. Toprani, Esq.**
SULLIVAN & COMPWELL, LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
hans@sullcrom.com
toprania@sullcrom.com

**Jacqueline Nicole Azis, Esq.**
ACLU Foundation of Florida
4023 N. Armenia Ave, Suite 450
Tampa, FL 33607
Bar No.: 101057
Tel: (786) 363-2708
jazis@aclufl.org

**Daniel Tilley, Esq.**
ACLU Foundation of Florida
4343 W. Flagler Street, Suite 400
Miami, FL 33134
Bar No.: 102882
Tel: (786) 363-2714
dtilley@aclufl.org

**Curtis Filaroski, Esq.**
Florida Bar No.: 111972
**Kathryn Strobach, Esq.**
Florida Bar No.: 670121
DISABILITY RIGHTS FLORIDA, INC.
1000 N. Ashley Drive, Suite 640
Tampa, FL 32308
Tel: (850) 488-9071
curtisf@disabilityrightsflorida.org
kathryns@disabilityrightsflorida.org

---

**Michael R. Piper, Esq.**
**Christopher J. Stearns, Esq.**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
**Attorneys for Gregory Tony, as Sheriff of Broward County**
2455 E. Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Tel: (954) 463-0100
Fax: (954) 463-2444
piper@jambg.com / stearns@jambg.com