UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:20-cv-61113-DIMITROULEAS

CODY BARNETT, et al.,

    Plaintiff,

v.

GREGORY TONY,

    Defendant.

_____/

## ORDER DENYING MOTION WITHOUT PREJUDICE

THIS CAUSE is before the Court upon Defendant's Request for Judicial Notice, filed April 20, 2022 [DE 175] (the "Motion"). In the Motion, Defendant requests the Court take judicial notice of two adjudicative facts pursuant to Fed. R. Evid. 201. The Court has considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 175] is hereby **DENIED WITHOUT PREJUDICE** to file a motion that complies with the requirements of S.D. Fla. L.R. 7.1.A.3., which requires the moving party to certify that he has conferred, or describes a reasonable effort to confer, with the parties affected in a good faith effort to resolve the dispute.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of April, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record