UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 20-61113-CIV-DIMITROULEAS/HUNT

CODY BARNETT, et al.,

        Plaintiffs,

v.

GREGORY TONY, in his official capacity as
Sheriff of Broward County,

        Defendant.
_____/

**REPORT AND RECOMMENDATION**

THIS CAUSE is before this Court on the Parties' Joint Notice of Full Resolution of Plaintiffs' Pending Claims for Attorney's Fees and Costs. ECF No. 293. The Honorable William P. Dimitrouleas referred Plaintiffs' Motion for Attorney's Fees and Costs, and motions related to that motion, to the undersigned. ECF No. 271. *See also* 28 U.S.C. § 636(b); S.D. Fla. Mag. R. 1. The undersigned hereby recommends the Parties' agreed-upon payment for attorney's fees and costs be approved. The Parties suggested the following language for the order approving the agreed-upon payment:

> Upon consideration of the Parties' Joint Notice of Full Resolution of Plaintiffs' Pending Claims for Attorney's Fees and Costs [ECF 293], it is ORDERED and ADJUDGED as follows:
>
> 1.     This Court approves the Parties' agreed-upon $600,000 payment by Defendant to Plaintiffs in full satisfaction of Plaintiffs' claims for attorney's fees and costs;

2. Defendant shall make full payment within thirty days of the date of this order;

3. All pending motions are DENIED as moot.

The undersigned has reviewed the proposed language, as well as the record, and finds the proposed resolution and language appropriate under the circumstances. The undersigned **RECOMMENDS** the Parties' resolution of Plaintiffs' claims for attorney's fees and costs be approved.

Within fourteen days after being served with a copy of this Report and Recommendation, any Party may serve and file written objections to any of the above findings and recommendations as provided by the Local Rules for this district. 28 U.S.C. §636(b)(1); S.D. Fla. Mag. R. 4(b). The Parties are hereby notified that a failure to timely object waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions contained in this Report and Recommendation. 11th Cir. R. 3–1 (2016); *see Thomas v. Arn*, 474 U.S. 140 (1985).

**DONE and SUBMITTED** at Fort Lauderdale, Florida, this 11th day of October 2024.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable William P. Dimitrouleas
All counsel of record