UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61113-CIV-DIMITROULEAS

CODY BARNETT, et. al.,

    Plaintiff,

vs.

GREGORY TONY, in his official capacity
as Sheriff of Broward County.

    Defendants.
_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon Plaintiff's Motion for Attorney Fees filed on October 13, 2023 [DE 265] and the October 11, 2024 Report and Recommendation of Magistrate Judge Patrick M. Hunt (the "Report") [DE 295]. The Court notes that no objections to the Report [DE 295] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    **1.** The Report [DE 295] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Motion for Attorney's Fees [DE 265] is hereby **GRANTED**;

3. Plaintiff is awarded $600,000 in full satisfaction of Plaintiffs' claims for attorney's fees and costs;

4. Defendant shall make full payment within thirty days of the date of this Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of October 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record